Norvin R. Lasher, Respondent, v. Mortimer B. Downer, Appellant.— Motion denied, with ten dollars costs.

Minnie M. Shackleton, Respondent, v. Flora L. Annabel and Another, Appellants.— Motion denied, with ten dollars costs.

Before State Industrial Board, Respondent. Bonificio Pattinelli, Respondent. v. Degnon Construction Company, Appellant.— Motion denied.

Before State Industrial Board, Respondent. Floyd Warren, Respondent, v. Local Milk and Cream Company and Another, Appellants.— Motion denied.

Before State Industrial Board, Respondent. A. B. Garretson, Respondent, v. Great Bear Spring Company and Another, Appellants.— Motion denied.

The People of the State of New York ex rel. Caroline H. Field, Relator, v. John F. Gilchrist and Others, Constituting the State Tax Commission, Respondents.— Motion denied.

Dominic Rappazzo, Respondent, v. Antonino Russo and Another, Appellants.— Motion denied, with ten dollars costs.

Fritz Kessel and Another, Respondents, v. Ephraim Byk, Appellant, ·Impleaded with Another, Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex rel. Frederick C. Desnoyers, Appellant, v. Maggie Smith Moore, Respondent.— Order reversed on the law, and writ sustained, and the custody of the boy awarded to the father, with leave to the mother to apply at Special Term to vacate or modify the judgment of separation. All concur.

Esther Geraldine Bray, Appellant, v. Ferdinand T. R. Jevons, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the defendant to answer within twenty days on payment of such costs. All concur.

Herbert J. Russell, Appellant, v. Arthur V. Ellsworth, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before State Industrial Board, Respondent. Kate York, Respondent, v. Cunard Garage Corporation and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. George L. Cluchey, Respondent, v. Tom Brown and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Grace E. Hart and Others, Respondents, v. Charles E. Bowman Company and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Paolo Audi, Respondent, v. The New York Central Railroad Company, Appellant.— Award reversed, and matter remitted to the State Industrial Board for the purpose of having the Board make a finding whether or not the refusal of the claimant to accept the treatment offered was reasonable. All concur.

Before State Industrial Board, Respondent. Mary Soverscany, Respondent, v. The New York Central Railroad Company, Appellant.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no finding excusing failure to give notice. All concur.